# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| **JEFFERY C. ANDERSON,** | ) |
| Plaintiff, | ) |
| v. | ) NO. 1:16-cv-00004 |
| | ) CHIEF JUDGE CRENSHAW |
| **INTERNATIONAL COMFORT PRODUCTS, LLC,** | ) |
| Defendant. | ) |

## ORDER

Carrier Corporation's Motion for Summary Judgment (Doc. No. 31), is hereby **GRANTED** and summary judgment entered in its favor on all claims. The Clerk shall enter judgment in accordance with Federal Rule of Civil Procedure 58. All other pending motions are **DENIED as moot**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE